JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. HOLLAND,<br><br>Plaintiff,<br><br>v.<br><br>DEBORAH B. ANDREWS, et al.,<br><br>Defendants. | Case No. CV 11-1733-AG (SP)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Complaint and this action are dismissed with prejudice.

Dated: December 22, 2011

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

1